United States District Court
Southern District of Texas
**ENTERED**
July 13, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **GUSTAVO ROJAS CACERES,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00823** |
| | § | |
| **WARDEN D.C. COLE, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On May 6, 2026, Respondents notified the Court that Respondents intended to remove Petitioner within five days. (Dkt. 8.) Respondents are **ORDERED** to submit an advisory **on or before July 15, 2026**, informing the Court whether Petitioner was removed or whether he remains detained.

IT IS SO ORDERED.

SIGNED this July 13, 2026.

Diana Saldaña
United States District Judge